RILEY A. CLAYTON
Nevada Bar No. 005260

**HALL JAFFE & CLAYTON, LLP**
7455 W. WASHINGTON AVENUE
SUITE 460
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

rclayton@lawhjc.com
Attorney for Defendant,
State Farm Fire and Casualty Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON L. BROWN,<br><br>　　　　Plaintiff/Petitioner,<br><br>vs.<br><br>STATE FARM FIRE and CASUALTY COMPANY,<br><br>　　　　Defendant/Respondent. | CASE NO.: 2:10-cv-01843-KJD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, Ron L. Brown, and Defendant, State Farm Fire and Casualty Company, parties hereto, by and through their respective counsel, Law Offices of George R. Carter & Associates and Law Offices of Mitchell Posin, CHTD., for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter be dismissed with prejudice, each party to

///
///
///
///
///
///
///
///

bear its own costs and attorney fees.

DATED this 12th day of December, 2011.          DATED this 13th day of December, 2011.

LAW OFFICES OF                                  HALL JAFFE & CLAYTON, LLP
GEORGE R. CARTER & ASSOCIATES

MITCHELL POSIN, ESQ.

By /s/                                          By /s/ Riley A. Clayton
George R. Carter, Esq.                          Riley A. Clayton, Esq.
Nevada Bar No. 000169                           Nevada Bar No. 005260
1050 E. Sahara Avenue, Suite 301                7455 W. Washington Ave., Suite 460
Las Vegas, NV 89104                             Las Vegas, Nevada 89128
*Attorney for Plaintiff*                        *Attorney for Defendant*
   AND
Mitchell L. Posin, Esq.
Nevada Bar No. 006457
LAW OFFICES OF MITCHELL POSIN, CHTD.
601 S. Tenth Street
Las Vegas, NV 89101
*Co-Counsel for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated: December 19, 2011

/s/

UNITED STATES DISTRICT COURT JUDGE

2